IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| HIGH PLAINS COMMUNITY DEVELOPMENT CORPORATION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DR. JOANN SCHAEFER, CHIEF MEDICAL OFFICER, DIVISION OF PUBLIC HEALTH, NEBRASKA DEPARTMENT OF HEALTH AND HUMAN SERVICES, In her official capacity as administrator,<br><br>and<br><br>TERRY HINN &<br>MARILYN HINN HAYES,<br>Natural Persons,<br><br>and<br><br>HINNS MOBILE HOMES, INC.<br>A Nebraska Corporation,<br><br>　　　　Defendants. | CASE NO. 4:07CV3149<br><br>**ORDER ON JOINT MOTION TO AMEND ORDER FOR INITIAL PROGRESSION OF CASE** |

　　　THIS MATTER is before the court on the parties' Joint Motion to Amend Order for Initial Progression of Case (filing no. 42).  For good cause shown, the court finds that the motion should be granted.  The dispositive motion deadline set forth in the Order for Initial Progression of Case (filing no. 20) is hereby extended from November 20, 2007 to January 21, 2008.

　　　IT IS SO ORDERED.

　　　DATED November 15, 2007.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　s/ F.A. Gossett
　　　　　　　　　　　　　　　　United States Magistrate Judge